## THE PEOPLE *v.* RAMÍREZ.

### APPEAL from the District Court of Humacao.

No. 64.—Decided April 29, 1907.

APPEAL—BILL OF EXCEPTIONS—STATEMENT OF FACTS—MANIFEST ERRORS.—Where there is no bill of exceptions or statement of facts in the record, and it not appearing that any error was committed by the trial court which would warrant the reversal of the judgment appealed from, it must affirmed.

The facts are stated in the opinion.

*Mr. Rossy, fiscal,* for respondent.

The appellant did not appear.

MR. JUSTICE WOLF delivered the opinion of the court.

In the District Court of Humacao Marcelino Ramírez was accused of murder in the first degree. After a trial before a jury he was found guilty of murder in the second degree, and was sentenced by the court to the penitentiary for life at hard labor and costs. From this judgment the defendant has appealed to this court, but he has presented no bill of exceptions, and no argument was made or brief filed in his behalf. We have carefully examined the record and find no error, and the judgment of the District Court of Humacao must be affirmed.

*Affirmed.*

Chief Justice Quiñones and Justices Figueras and Mac-Leary concurred.

Mr. Justice Hernández did not take part in the decision of this case.